THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES FEARN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C17-0066-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' telephonic notice that a settlement has been reached. The trial date of January 22, 2018 and preceding case management dates are hereby VACATED. The Clerk is DIRECTED to statistically close the case pending the parties' completion of a stipulated order of dismissal, which the parties are DIRECTED to file within thirty (30) days.

//

//

//

//

//

MINUTE ORDER, C17-0066-JCC
PAGE - 1

DATED this 2nd day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk