THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES FEARN,<br><br>               Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE COMPANY,<br><br>               Defendant. | CASE NO. C17-0066-JCC<br><br>AMENDED MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 12). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

Here, all parties who have appeared stipulate that all claims shall be dismissed. (Dkt. No. 12 at 1–2.) Thus, under Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing. This action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

AMENDED MINUTE ORDER, C17-0066-JCC
PAGE - 1

DATED this 6th day of November 2017.

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk